## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAY ALLEN HENCH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 11-1505 |
| | ) |
| COMMONWEALTH OF PA.; THE | ) Chief Judge Gary L. Lancaster/ |
| ATTORNEY GENERAL OF THE | ) Magistrate Judge Maureen P. Kelly |
| STATE OF PENNSYLVANIA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

The above-captioned Section 2254 habeas petition was filed *pro se* by Jay Allen Hench, a state prisoner, challenging a conviction that was obtained in the Cumberland County Court of Common Pleas, which is located within the territorial boundaries of the United States District Court for the Middle District of Pennsylvania. The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 8, filed on May 1, 2012, recommended that the petition be transferred forthwith to the United States District Court for the Middle District of Pennsylvania. Petitioner was advised that he had to file objections no later than May 18, 2012. No objections have been filed.

After *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

      **AND NOW**, this _30th_ day of May, 2012;

**IT IS HEREBY ORDERED** that the Petitioner's habeas petition is transferred **forthwith** to the United States District Court for the Middle District of Pennsylvania.

**IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. 8, filed on May 1, 2012, by Magistrate Judge Kelly, is adopted as the opinion of the Court.

The Clerk is to mark the case closed.

BY THE COURT,

GARY LANCASTER
CHIEF U.S. DISTRICT JUDGE

cc:    The Honorable Maureen P. Kelly
United States Magistrate Judge

JAY ALLEN HENCH
JC-0414
S.C.I. Rockview
Box A
Bellefonte, PA 16823

2